UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEJENE ADEM HAILU, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01112-JHC <br><br> STIPULATED MOTION TO DISMISS AND ORDER <br><br> Noted for Consideration: <br> December 2, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

//

//

1     DATED this 2nd day of December, 2024.

2 Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | THE LAW OFFICES OF KARIN TOLGU PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Karin Tolgu*<br>KARIN TOLGU, WSBA #42647<br>110 Prefontaine Pl S.Ste. 304<br>Seattle, WA 98104<br>Phone: (206) 218-9472<br>Email: Karin@karintolgulaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.*

**ORDER**

The case is dismissed without prejudice. It is so **ORDERED**.

DATED this 2nd day of December, 2024.

*John H. Chun*
JOHN H. CHUN
United States District Judge

STIPULATED MOTION TO DISMISS & ORDER
[Case No. 2:24-cv-01112-JHC] - 3